IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-1539

PHOENIX ENTERTAINMENT PARTNERS, LLC, a North Carolina LLC,

    Plaintiff,

v.

CHASE AND GOLDSMITH INC., a Colorado corporation,

    Defendant.

---

**COMPLAINT**

---

The Plaintiff, Phoenix Entertainment Partners, LLC ("Phoenix"), by its counsel, complains of the Defendant, and for its Complaint alleges as follows:

### JURISDICTION OF THE COURT

1.    This is an action for copyright infringement in which the Defendant stands accused, variously, of making copies of, distributing, and publicly performing karaoke accompaniment tracks, which tracks are the subject of Phoenix's copyrights, without authorization.

2.    This action arises under § 501 of the Copyright Act of 1976, as amended, 17 U.S.C. § 501.

3.    This Court has exclusive jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the laws of the

United States.

4. This Court further has jurisdiction pursuant to 28 U.S.C. § 1338(a), in that this civil action arises under an act of Congress relating to copyrights.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b), because the Defendant resides in this State and judicial district.

6. This Court has personal jurisdiction over the Defendant, based upon the Defendant's incorporation and residence in this State and judicial district and conduct of significant business here, and in that the acts of which the Defendant stands accused were undertaken in this State and judicial district.

## **THE PLAINTIFF**

7. Phoenix is a North Carolina limited liability company having its principal place of business in Pineville, North Carolina.

## **THE DEFENDANT**

8. Defendant Chase and Goldsmith Inc. ("Chase" or "Park Center Lounge") is a Colorado corporation that operates an eating and drinking establishment under the trade name "Park Center Lounge."

9. Park Center Lounge is known as and operates primarily as a "karaoke bar," in that karaoke entertainment is the principal entertainment activity undertaken at the establishment on a nightly basis.

10. Park Center Lounge bills its karaoke entertainment services as "the best karaoke [in the] Denver metro area."

## BACKGROUND FACTS

11. Karaoke is a popular form of participatory entertainment commonly found in bars and restaurants and other types of venues and at corporate events, weddings, and other parties throughout the United States.

12. The basic premise of a karaoke show is that the venue hosting the show provides patrons with access to a sound system and specially prepared karaoke accompaniment tracks, so that individual patrons may perform for the crowd.

13. Generally, a "karaoke accompaniment track" is an audiovisual work comprising a re-recorded version of a popular song without the lead vocals synchronized to a graphical component containing a lyric display, cueing information, and other information.

14. When a karaoke accompaniment track is publicly performed, the graphical component is displayed to the patron who is performing and may be displayed to the crowd as well.

15. Karaoke accompaniment tracks are easily and frequently (though illicitly) duplicated and shared among karaoke professionals and venues such as the Defendant for the express purpose of making those karaoke tracks available at commercial karaoke shows.

16. This distribution allows karaoke accompaniment track users to gain the benefit of using karaoke tracks without paying the producer for original media.

/ / /

## THE RIGHTS OF THE PLAINTIFF

17. Phoenix is the owner of copyright in the audiovisual works listed in Annex A hereto ("the Copyrights"), by virtue of an assignment instrument from Piracy Recovery, LLC, dated May 23, 2017.

18. As the owner of the copyright in the audiovisual works, Phoenix has the exclusive rights, *inter alia*, to reproduce the works in copies; to distribute copies of the works to the public by sale or other transfer of ownership, or by rental, lease, or lending; and to perform the works publicly.

19. Each of the claims of copyright in the audiovisual works identified in Annex A was registered with the United States Copyright Office prior to the commencement of this action, prior to the discovery by Phoenix of the Defendants' acts of copyright infringement, and prior to the commencement of the Defendants' acts of copyright infringement.

20. The audiovisual works are the subject of separate copyright from the copyright in the underlying musical compositions they embody.

## THE ACTIVITIES OF THE DEFENDANT

21. Chase operates Park Center Lounge, a karaoke bar, at which it distributes and publicly performs karaoke accompaniment tracks.

22. Chase copied the audiovisual work(s) identified in Annex A, the copyright in which belongs to Phoenix.

23. Chase distributed the copies it made of the audiovisual works identified in Annex A to its patrons by making those copies available for use and for public performance by patrons.

24. Upon information and belief, Chase publicly performed or caused to be publicly performed at least one of the audiovisual works identified in Annex A.

25. Chase did not have Phoenix's permission to make the copies, to distribute the copies to the patrons, or to publicly perform the audiovisual works.

26. Chase's acts of reproduction, distribution, and public performance of the audiovisual works were undertaken in derogation of Phoenix's exclusive rights in those audiovisual works.

27. As a result of those unauthorized acts of reproduction, distribution, and public performance, Phoenix has been damaged.

28. Phoenix believes that Chase's acts of copyright infringement are not limited to the work(s) identified in Annex A, but that those acts extend to many more such works in which Phoenix owns the copyright, and that discovery will reveal the extent of that infringement.

29. Chase's conduct as described above extends as part of a large-scale program of infringing activities and piracy.

30. Essentially, Chase has built an entire business model and moneymaking scheme premised on a competitive advantage derived from the infringement of the intellectual property rights of others, including Phoenix.

## **CLAIM FOR RELIEF**
### **COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 501**

31. Phoenix's copyrights in the audiovisual works listed in Annex A are valid and subsisting.

32. Chase reproduced or caused to be reproduced each of the works listed in

Annex A, in violation of Phoenix's exclusive rights, without Phoenix's permission.

33. Chase additionally made those unauthorized copies of the works available to its patrons for use, thereby distributing the works in violation of Phoenix's exclusive rights, without Phoenix's permission.

34. Chase additionally caused or permitted at least one of the works to be publicly performed, in violation of Phoenix's exclusive rights, without Phoenix's permission.

35. Chase knew or had reason to know that its activities constituted copyright infringement.

36. As such, Chase's acts as identified above constitute knowing, and therefore willful, infringement of Phoenix's copyright in the subject audiovisual work.

37. As a result of these acts of infringement, Phoenix has been damaged.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Phoenix prays for judgment against Chase, and that the Court:

A. Find that Chase has committed acts of infringement of works in which Phoenix owns the copyright, in violation of 17 U.S.C. § 106;

B. Enter judgment against Chase and in favor of Phoenix on all applicable counts;

C. Award to Phoenix statutory damages for the acts of copyright infringement, pursuant to 17 U.S.C. § 504, if available, or actual damages, if not;

D. Award to Phoenix treble, punitive, or otherwise enhanced damages, as

available, upon a finding that any Defendant acted willfully in the conduct of its infringement;

  E. Grant Phoenix preliminary and permanent injunctive relief against further infringement of Phoenix's copyrights by Chase;

  F. Award Phoenix its costs of suit and attorney's fees, to the extent not awarded above; and

  G. Grant Phoenix such other and further relief as justice may require.

Respectfully submitted this the 23rd day of June, 2017.

        s/ James M. Harrington
        James M. Harrington
        Phoenix Entertainment Partners, LLC
        610 Old Campbell Road, Suite 112
        Richardson, TX 75080
        Telephone: (214) 396-7288
        E-mail: jim@phxep.com
        Attorney for Plaintiff
         Phoenix Entertainment Partners, LLC

# ANNEX A

# COPYRIGHT REGISTRATIONS

Note: The audiovisual works contained in this list constitute original recordings of the subject works, not reproductions of recordings by any recording artist. The "style of artist" column is included only to assist in identifying the song and version the original recording was made to imitate. The referenced artists were not involved in the creation of these audiovisual works.

| Subject Work | Style of Artist | © Reg. No. |
|---|---|---|
| 1979 | Smashing Pumpkins | SR0000365175 |
| 25 or 6 To 4 | Chicago | SR0000367548 |
| ABC | Jackson Five, The | SR0000367548 |
| Abracadabra | Steve Miller Band | SR0000365175 |
| Abraham, Martin and John | Dion | SR0000365175 |
| After Midnight | Clapton, Eric | SR0000365175 |
| After the Lovin' | Humperdinck, Englebert | SR0000365175 |
| Ain't It Funny | Lopez, Jennifer | SR0000365175 |
| Ain't No Sunshine | Withers, Bill | SR0000365175 |
| Alabama | Born Country | SR0000365175 |
| All For You | Sister Hazel | SR0000365175 |
| All I Wanna Do | Crow, Sheryl | SR0000367548 |
| All Star | Smash Mouth | SR0000367548 |
| All Through the Night | Lauper, Cyndi | SR0000365175 |
| Almost Paradise | Ann Wilson & Mike Reno | SR0000367548 |
| Always and Forever | Heatwave | SR0000367548 |
| AM Radio | Everclear | SR0000367548 |
| Angel | Aerosmith | SR0000365175 |
| Angel | McLachlan, Sarah | SR0000367548 |
| Angels Among Us | Alabama | SR0000365175 |
| Answer the Phone | Ray, Sugar | SR0000365175 |
| Anticipation | Simon, Carly | SR0000367548 |
| Aquarius/Let the Sun Shine In | Fifth Dimension, The | SR0000367548 |
| Baby Baby Baby | TLC | SR0000365175 |
| Baby One More Time | Spears, Britney | SR0000367548 |
| Back 2 Good | Matchbox 20 | SR0000365175 |
| Back at One | McKnight, Brian | SR0000367548 |
| Back in the High Life | Winwood, Steve | SR0000365175 |
| Backside of Thirty | Conlee, John | SR0000365175 |
| Bad Girls | Summer, Donna | SR0000367548 |
| Band of Gold | Payne, Freda | SR0000367548 |
| Band on the Run | Paul McCartney & Wings | SR0000367548 |
| Barbara Ann | Beach Boys | SR0000365175 |
| Be Like That | 3 Doors Down | SR0000365175 |
| Be With You | Bangles, The | SR0000367548 |

| Subject Work | Style of Artist | © Reg. No. |
|---|---|---|
| Beat It | Jackson, Michael | SR0000365175 |
| Beautiful Day | U2 | SR0000365175 |
| Believe | Kravitz, Lenny | SR0000365175 |
| Bennie and the Jets | John, Elton | SR0000367548 |
| Big Boss Man | Rich, Charlie | SR0000365175 |
| Big Iron | Robbins, Marty | SR0000365175 |
| Black Balloon | Goo Goo Dolls | SR0000365175 |
| Blanket on the Ground | Spears, Billie Jo | SR0000365175 |
| Blessed | McBride, Martina | SR0000365175 |
| Blue Bayou | Orbison, Roy | SR0000365175 |
| Blue Suede Shoes | Perkins, Carl | SR0000365175 |
| Blue Velvet | Vinton, Bobby | SR0000365175 |
| Bluest Eyes in Texas, The | Restless Heart | SR0000365175 |
| Brand New Key | Melanie | SR0000367548 |
| Brandy | Looking Glass | SR0000367548 |
| Brown Eyed Girl | Morrison, Van | SR0000367548 |
| But Anyway | Blues Traveler | SR0000365175 |
| But I Do Love You | Rimes, LeAnn | SR0000365175 |
| Bye Bye Bye | NSYNC | SR0000367548 |
| Cadillac Style | Kershaw, Sammy | SR0000365175 |
| Californication | Red Hot Chili Peppers | SR0000365175 |
| Candle in the Wind | John, Elton | SR0000365175 |
| Can't Get You Out of My Head | Minogue, Kylie | SR0000365175 |
| Carefree Highway | Lightfoot, Gordon | SR0000367548 |
| Caribbean Queen | Ocean, Billy | SR0000367548 |
| Cat's in the Cradle | Chapin, Harry | SR0000367548 |
| Change Your Mind | Sister Hazel | SR0000365175 |
| Changes in Lattitude, Changes in Attitude | Buffett, Jimmy | SR0000365175 |
| Come Go With Me | Dell Vikings | SR0000365175 |
| Come On Over | Aguilera, Christina | SR0000367548 |
| Come Together | Beatles, The | SR0000367548 |
| Common Man | Conlee, John | SR0000365175 |
| Complicated | Lavigne, Avril | SR0000365175 |
| Country Boy | Skaggs, Ricky | SR0000365175 |
| Country Bumpkin | Smith, Cal | SR0000365175 |
| Country Sunshine | West, Dottie | SR0000367548 |
| Cover of the Rolling Stone, The | Dr. Hook & the Medicine Show | SR0000367548 |
| Crash and Burn | Savage Garden | SR0000365175 |
| Cry | Hill, Faith | SR0000365175 |
| Crystal Blue Persuasion | Tommy James & the Shondells | SR0000365175 |
| Cup of Life, The | Martin, Ricky | SR0000365175 |
| Dance With Me Henry | Gibbs, Georgia | SR0000365175 |
| Danger Zone | Loggins, Kenny | SR0000365175 |
| Dawn | Four Seasons, The | SR0000365175 |

| Subject Work | Style of Artist | © Reg. No. |
|---|---|---|
| Deep River Woman | Richie, Lionel | SR0000365175 |
| Diana | Anka, Paul | SR0000365175 |
| Dig In | Kravitz, Lenny | SR0000365175 |
| Distant Drums | Reeves, Jim | SR0000365175 |
| Dizzy | Roe, Tommy | SR0000367548 |
| Do I Have To Say the Words | Adams, Bryan | SR0000365175 |
| Do You Love as Good as You Look | Bellamy Brothers, The | SR0000365175 |
| Doesn't Really Matter | Jackson, Janet | SR0000365175 |
| Doin' It | Lewis, Huey | SR0000365175 |
| Don't Let Me Be Lonely Tonight | Taylor, James | SR0000365175 |
| Don't Speak | No Doubt | SR0000367548 |
| Don't Tell Me | Madonna | SR0000367548 |
| Don't Tell Me What To Do | Tillis, Pam | SR0000365175 |
| Don't The Girls All Get Prettier at Closing Time | Gilley, Mickey | SR0000367548 |
| Don't Worry Be Happy | McFerrin, Bobby | SR0000367548 |
| Doo Wop | Hill, Lauryn | SR0000365175 |
| Down in The Boondocks | Royal, Billy Joe | SR0000367548 |
| Down on The Corner | Creedence Clearwater Revival | SR0000365175 |
| Dream On | Aerosmith | SR0000365175 |
| Drinking Wine Spo-Dee-O-Dee | Lewis, Jerry Lee | SR0000365175 |
| Drowning | Backstreet Boys, The | SR0000365175 |
| Eastbound and Down | Reed, Jerry | SR0000367548 |
| Emotion | Destiny's Child | SR0000365175 |
| Endless Love | Richie, Lionel & Diana Ross | SR0000367548 |
| Every Which Way But Loose | Rabbitt, Eddie | SR0000367548 |
| Everybody | Backstreet Boys, The | SR0000367548 |
| Everybody Hurts | R. E. M. | SR0000367548 |
| Everybody Plays The Fool | Main Ingredient | SR0000365175 |
| Everything I Do, I Do It For You | Adams, Bryan | SR0000367548 |
| Everywhere | Branch, Michelle | SR0000365175 |
| Family Affair | Blige, Mary J. | SR0000365175 |
| Family Affair | Sly & the Family Stone | SR0000365175 |
| Famous Last Words of a Fool | Strait, George | SR0000365175 |
| Fire & Smoke | Conley, Earl Thomas | SR0000365175 |
| First Night, The | Monica | SR0000365175 |
| First Time Ever I Saw Your Face, The | Flack, Roberta | SR0000367548 |
| Flowers on the Wall | Statler Brothers, The | SR0000365175 |
| Follow You Down | Gin Blossoms | SR0000365175 |
| Foolish | Ashanti | SR0000365175 |
| Foolish Games | Jewel | SR0000367548 |
| For the Longest Time | Joel, Billy | SR0000365175 |
| For You I Will | Monica | SR0000367548 |
| Forgive | Howard, Rebecca Lynn | SR0000365175 |
| Freedom | McCartney, Paul | SR0000365175 |

| Subject Work | Style of Artist | © Reg. No. |
|---|---|---|
| Friday Night Blues | Conlee, John | SR0000367548 |
| From a Distance | Midler, Bette | SR0000367548 |
| From a Jack To a King | Van Shelton, Ricky | SR0000365175 |
| Funky Cold Medina | Tone Loc | SR0000365175 |
| Funky Town | Pseudo Echo | SR0000365175 |
| Games People Play | South, Joe | SR0000365175 |
| Genie in a Bottle | Aguilera, Christina | SR0000367548 |
| Georgia on My Mind | Charles, Ray | SR0000367548 |
| Get Down Tonight | KC & the Sunshine Band | SR0000367548 |
| Get Ready | Temptations, The | SR0000367548 |
| Get the Party Started | Pink | SR0000365175 |
| Ghostbusters | Parker, Ray Jr. | SR0000367548 |
| Gimme Three Steps | Lynyrd Skynyrd | SR0000365175 |
| Girl on the Billboard | Reeves, Del | SR0000365175 |
| Give Me Just a Little More Time | Chairmen of the Board | SR0000367548 |
| Give Me Just One Night | 98 Degrees | SR0000367548 |
| Give Me One More Chance | Exile | SR0000365175 |
| Go Away Little Girl | Osmond, Donny | SR0000365175 |
| Go Your Own Way | Fleetwood Mac | SR0000365175 |
| Goin' Through the Big D | Chesnutt, Mark | SR0000365175 |
| Going Out of My Head | Little Anthony & the Imperials | SR0000367548 |
| Gone | NSYNC | SR0000365175 |
| Gonna Getcha Good | Twain, Shania | SR0000365175 |
| Gonna Make You Sweat | C+C Music Factory | SR0000365175 |
| Good Vibrations | Beach Boys, The | SR0000365175 |
| Great Pretender, The | Platters, The | SR0000367548 |
| Greatest Man I Never Knew, The | McEntire, Reba | SR0000365175 |
| Hand Jive | Johnny Otis Show, The | SR0000367548 |
| Hanging By a Moment | Lifehouse | SR0000365175 |
| Hard Day's Night, A | Beatles, The | SR0000367548 |
| Have I Told You Lately | Stewart, Rod | SR0000367548 |
| Have You Ever | Brandy | SR0000367548 |
| Have You Never Been Mellow | John, Olivia Newton | SR0000365175 |
| He Wasn't Man Enough | Braxton, Toni | SR0000367548 |
| He Will Break Your Heart | Butler, Jerry | SR0000367548 |
| Heartaches By the Number | Price, Ray | SR0000367548 |
| Hearts of Stone | Fontane Sisters, The | SR0000365175 |
| Hello Walls | Young, Faron | SR0000365175 |
| Help Me Rhonda | Beach Boys, The | SR0000367548 |
| Here and Now | Vandross, Luther | SR0000367548 |
| Here Comes My Baby | West, Dottie | SR0000365175 |
| Here Comes the Sun | Beatles, The | SR0000365175 |
| Hero | Iglesias, Enrique | SR0000365175 |
| He's So Shy | Pointer Sisters, The | SR0000367548 |

| Subject Work | Style of Artist | © Reg. No. |
|---|---|---|
| Hey Baby | No Doubt | SR0000365175 |
| Highway Robbery | Tucker, Tanya | SR0000365175 |
| Hip To Be Square | Lewis, Huey | SR0000367548 |
| Hit 'em Up Style | Cantrell, Blu | SR0000365175 |
| Hit the Road Jack | Charles, Ray | SR0000367548 |
| Hokey Pokey | Anthony, Ray | SR0000367548 |
| Holding Her and Loving You | Conley, Earl Thomas | SR0000365175 |
| Honey | Skaggs, Ricky | SR0000365175 |
| Hot, Hot, Hot | Poindexter, Buster | SR0000365175 |
| How Am I Supposed To Live Without You | Bolton, Michael | SR0000365175 |
| How Can You Mend a Broken Heart | Bee Gees, The | SR0000367548 |
| How Sweet It Is | Taylor, James | SR0000367548 |
| Hurting Each Other | Carpenters, The | SR0000365175 |
| I Ain't Never | Tillis, Mel | SR0000365175 |
| I Always Liked That Best | Thomson, Cyndi | SR0000365175 |
| I Am I Said | Diamond, Neil | SR0000365175 |
| I Believe in Music | Davis, Mac | SR0000365175 |
| I Can Help | Swan, Billy | SR0000367548 |
| I Can Tell By the Way You Dance | Gosdin, Vern | SR0000365175 |
| I Can't Go For That | Hall & Oates | SR0000365175 |
| I Can't Help Myself | Four Tops, The | SR0000367548 |
| I Can't Make You Love Me | Raitt, Bonnie | SR0000367548 |
| I Can't Wait | Nicks, Stevie | SR0000365175 |
| I Could Not Ask For More | Evans, Sara | SR0000365175 |
| I Do | 98 Degrees | SR0000367548 |
| I Don't Have the Heart | Ingram, James | SR0000365175 |
| I Don't Know a Thing About Love | Twitty, Conway | SR0000365175 |
| I Don't Need Your Rockin' Chair | Jones, George | SR0000365175 |
| I Feel the Earth Move | King, Carole | SR0000367548 |
| I Get Around | Beach Boys, The | SR0000365175 |
| I Just Wanna Be Mad | Clark, Terri | SR0000365175 |
| I Keep Looking | Evans, Sara | SR0000365175 |
| I Know a Heartache When I See One | Warnes, Jennifer | SR0000365175 |
| I Love the Nightlife | Bridges, Alicia | SR0000367548 |
| I Miss My Friend | Worley, Darryl | SR0000365175 |
| I Sang Dixie | Yoakam, Dwight | SR0000365175 |
| I Shot the Sheriff | Clapton, Eric | SR0000367548 |
| I Still Believe in You | Gill, Vince | SR0000365175 |
| I Think I Love You | Partridge Family, The | SR0000365175 |
| I Wanna Be Down | Brandy | SR0000365175 |
| I Wanna Love You Forever | Simpson, Jessica | SR0000367548 |
| I Want It That Way | Backstreet Boys, The | SR0000367548 |
| I Wish You Were Here | Incubus | SR0000365175 |
| I Won't Last a Day Without You | Carpenters, The | SR0000365175 |

| Subject Work | Style of Artist | © Reg. No. |
|---|---|---|
| Ice Ice Baby | Vanilla Ice | SR0000367548 |
| I'd Lie For You | Meatloaf | SR0000365175 |
| I'd Love To Lay You Down | Twitty, Conway | SR0000365175 |
| If Heaven Ain't Alot Like Dixie | Williams, Hank Jr. | SR0000365175 |
| If I Could Make a Living | Walker, Clay | SR0000365175 |
| If I Had a Million Dollars | Barenaked Ladies | SR0000365175 |
| If I Said You Had a Beautiful Body | Bellamy Brothers, The | SR0000367548 |
| If Loving You Is Wrong | Mandrell, Barbara | SR0000367548 |
| If You Asked Me To | Dion, Celine | SR0000365175 |
| If Your Heart Ain't Busy Tonight | Tucker, Tanya | SR0000365175 |
| If You're Gone | Matchbox Twenty | SR0000367548 |
| I'll Always Come Back | Oslin, K. T. | SR0000365175 |
| I'll Be There | Carey, Mariah | SR0000365175 |
| I'll Be There | Jackson Five, The | SR0000367548 |
| I'll Be There For You | Bon Jovi | SR0000365175 |
| I'll Have To Say I Love You in a Song | Croce, Jim | SR0000365175 |
| I'm a Believer | Monkees, The | SR0000367548 |
| I'm Gonna Hire a Wino | Frizzell, David | SR0000365175 |
| I'm Gonna Miss Her | Paisley, Brad | SR0000365175 |
| I'm Henry the VIII I Am | Herman's Hermits | SR0000367548 |
| I'm Not a Girl, Not Yet a Woman | Spears, Britney | SR0000365175 |
| I'm Not Lisa | Colter, Jessi | SR0000367548 |
| Impossible, The | Nichols, Joe | SR0000365175 |
| Into the Great Wide Open | Tom Petty & the Heartbreakers | SR0000365175 |
| It Must Be Love | Williams, Don | SR0000365175 |
| It's a Cheating Situation | Bandy, Moe | SR0000365175 |
| It's All Been Done | Barenaked Ladies | SR0000365175 |
| It's All Right | Impressions, The | SR0000367548 |
| It's Gonna Be Me | NSYNC | SR0000365175 |
| It's So Easy | Ronstadt, Linda | SR0000365175 |
| It's So Hard To Say Goodbye To Yesterday | Boyz II Men | SR0000367548 |
| It's Your Thing | Isley Brothers, The | SR0000367548 |
| Itsy Bitsy Teeny Weenie Yellow Polka Dot Bikini | Hyland, Brian | SR0000367548 |
| I've Done Enough Dyin' Today | Gatlin, Larry | SR0000365175 |
| Jack Daniels If You Please | Coe, David Allan | SR0000365175 |
| Jeremy | Pearl Jam | SR0000365175 |
| Jesse's Girl | Springfield, Rick | SR0000367548 |
| Jumper | Third Eye Blind | SR0000365175 |
| Just a Girl | No Doubt | SR0000365175 |
| Just My Imagination | Temptations, The | SR0000367548 |
| Just One Time | Smith, Connie | SR0000365175 |
| Knock Three Times | Dawn | SR0000367548 |
| Kryptonite | Three Doors Down | SR0000367548 |
| Lady Down on Love | Alabama | SR0000365175 |

| Subject Work | Style of Artist | © Reg. No. |
|---|---|---|
| Lay Down Sally | Clapton, Eric | SR0000367548 |
| Lay Lady Lay | Dylan, Bob | SR0000365175 |
| Layla | Clapton, Eric | SR0000365175 |
| Lean on Me | Withers, Bill | SR0000367548 |
| Learn To Fly | Foo Fighters | SR0000365175 |
| Let Me Go Lover | Weber, Joan | SR0000365175 |
| Let Me Tell You About Love | Judds, The | SR0000365175 |
| Let Your Love Flow | Bellamy Brothers, The | SR0000367548 |
| Life Happened | Cochran, Tammy | SR0000365175 |
| Light My Fire | Doors, The | SR0000367548 |
| Like a Virgin | Madonna | SR0000367548 |
| Linger | Cranberries, The | SR0000365175 |
| Listen To the Music | Doobie Brothers, The | SR0000367548 |
| Little Bit, A | Simpson, Jessica | SR0000365175 |
| Little Old Lady From Pasadena, The | Jan & Dean | SR0000367548 |
| Livin' La Vida Loca | Martin, Ricky | SR0000367548 |
| Living and Living Well | Strait, George | SR0000365175 |
| Living in America | Brown, James | SR0000365175 |
| Long December, A | Counting Crows | SR0000365175 |
| Long Walk, A | Scott, Jill | SR0000365175 |
| Looking For a New Love | Watley, Jody | SR0000365175 |
| Lord Knows I'm Drinkin', The | Smith, Cal | SR0000365175 |
| Lord, I Hope This Day Is Good | Williams, Don | SR0000365175 |
| Love Grows | Edison Lighthouse | SR0000367548 |
| Love Her Madly | Doors, The | SR0000365175 |
| Love Is a Rose | Ronstadt, Linda | SR0000367548 |
| Love of My Life | McKnight, Brian | SR0000365175 |
| Love the One You're With | Stills, Steven | SR0000365175 |
| Lucky | Spears, Britney | SR0000367548 |
| Lucy in the Sky With Diamonds | Beatles, The | SR0000365175 |
| Maggie May | Stewart, Rod | SR0000367548 |
| Magic | John, Olivia Newton | SR0000365175 |
| Make It With You | Bread | SR0000367548 |
| Making Believe | Harris, Emmylou | SR0000365175 |
| Mamma Mia | Abba | SR0000365175 |
| Me and Mrs. Jones | Paul, Billy | SR0000367548 |
| Men in Black | Smith, Will | SR0000367548 |
| Midnight Special, The | Creedence Clearwater Revival | SR0000365175 |
| Misery and Gin | Haggard, Merle | SR0000365175 |
| Miss You Like Crazy | Cole, Natalie | SR0000365175 |
| Modern Day Bonnie and Clyde | Tritt, Travis | SR0000365175 |
| Moment Like This, A | Clarkson, Kelly | SR0000365175 |
| Mona Lisa Lost Her Smile | Coe, David Allan | SR0000365175 |
| Motownphilly | Boyz II Men | SR0000365175 |

| Subject Work | Style of Artist | © Reg. No. |
|---|---|---|
| Mountain of Love | Pride, Charley | SR0000367548 |
| Mr. Sandman | Chordettes, The | SR0000365175 |
| Music | Madonna | SR0000367548 |
| My Baby Thinks He's a Train | Cash, Rosanne | SR0000367548 |
| My Baby You | Anthony, Marc | SR0000365175 |
| My Sacrifice | Creed | SR0000365175 |
| My Sharona | Knack, The | SR0000365175 |
| My Special Angel | Helms, Bobby | SR0000365175 |
| My Sweet Lord | Harrison, George | SR0000365175 |
| Na Na Hey Hey Kiss Him Goodbye | Steam | SR0000365175 |
| New Day Has Come, A | Dion, Celine | SR0000365175 |
| New York State of Mind | Joel, Billy | SR0000365175 |
| Night They Drove Old Dixie Down, The | Baez, Joan | SR0000367548 |
| Nights in White Satin | Moody Blues, The | SR0000365175 |
| No Scrubs | TLC | SR0000367548 |
| No Such Thing | Mayer, John | SR0000365175 |
| Nobody Does It Better | Simon, Carly | SR0000365175 |
| Not Gon' Cry | Blige, Mary J. | SR0000367548 |
| Nothing Sure Looked Good on You | Watson, Gene | SR0000365175 |
| Ode To Billy Joe | Gentry, Bobbie | SR0000367548 |
| Oh Girl | Chi-Lites, The | SR0000367548 |
| Oh! My Pa | Fisher, Eddie | SR0000365175 |
| On and On | Badu, Erykah | SR0000365175 |
| On Broadway | Drifters, The | SR0000365175 |
| On Second Thought | Rabbitt, Eddie | SR0000365175 |
| One | Three Dog Night | SR0000365175 |
| One Headlight | Wallflowers, The | SR0000365175 |
| One Less Bell To Answer | Fifth Dimension, The | SR0000365175 |
| One Moment in Time | Houston, Whitney | SR0000365175 |
| One Piece at a Time | Cash, Johnny | SR0000365175 |
| One Toke Over the Line | Brewer & Shipley | SR0000367548 |
| One, The | Backstreet Boys, The | SR0000365175 |
| Only in America | Brooks & Dunn | SR0000365175 |
| Only the Good Die Young | Joel, Billy | SR0000367548 |
| Only Time | Enya | SR0000365175 |
| Only You (And You Alone) | Platters, The | SR0000367548 |
| Oops! I Did It Again | Spears, Britney | SR0000367548 |
| Open Arms | Journey | SR0000367548 |
| Operator | Croce, Jim | SR0000365175 |
| Otherside | Red Hot Chili Peppers, The | SR0000367548 |
| Out of Your Shoes | Morgan, Lorrie | SR0000365175 |
| Pacific Coast Party | Smash Mouth | SR0000365175 |
| Pancho and Lefty | Merle Haggard & Willie Nelson | SR0000365175 |
| Papa's Got a Brand New Bag | Brown, James | SR0000367548 |

| Subject Work | Style of Artist | © Reg. No. |
|---|---|---|
| Paradise City | Guns N' Roses | SR0000365175 |
| Party Doll | Knox, Buddy | SR0000365175 |
| People Got To Be Free | Rascals, The | SR0000367548 |
| Philadelphia Freedom | John, Elton | SR0000367548 |
| Picture | Kid Rock | SR0000365175 |
| Piece of My Heart | Joplin, Janis | SR0000367548 |
| Pinch Me | Barenaked Ladies | SR0000367548 |
| Play That Funky Music | Wild Cherry | SR0000367548 |
| Polk Salad Annie | White, Tony Joe | SR0000367548 |
| Power of Love Love Power | Vandross, Luther | SR0000365175 |
| Power of Love, The | Huey Lewis & the News | SR0000367548 |
| Proud Mary | Turner, Tina | SR0000367548 |
| Puff the Magic Dragon | Peter, Paul & Mary | SR0000365175 |
| Purple Rain | Prince | SR0000365175 |
| Put Yourself in My Shoes | Black, Clint | SR0000365175 |
| Rainy Night in Georgia | Benton, Brook | SR0000367548 |
| Riddle | En Vogue | SR0000365175 |
| Ride Captain Ride | Blues Image | SR0000367548 |
| Riders on the Storm | Doors, The | SR0000365175 |
| Right Here Waiting | Marx, Richard | SR0000365175 |
| Right Time of the Night | Warnes, Jennifer | SR0000367548 |
| Ring My Bell | Ward, Anita | SR0000367548 |
| Rock This Town | Stray Cats, The | SR0000367548 |
| Rocky Mountain High | Denver, John | SR0000365175 |
| Runaway | Raitt, Bonnie | SR0000365175 |
| Runnin' Down a Dream | Petty, Tom | SR0000365175 |
| S.O.S. | Abba | SR0000365175 |
| Say My Name | Destiny's Child | SR0000367548 |
| See Ya Later, Alligator | Haley, Bill & His Comets | SR0000365175 |
| Semi Charmed Life | Third Eye Blind | SR0000367548 |
| Set 'Em Up Joe | Gosdin, Vern | SR0000367548 |
| Shadowboxer | Apple, Fiona | SR0000365175 |
| Shadows in the Moonlight | Murray, Anne | SR0000365175 |
| Shake Rattle and Roll | Turner, Big Joe | SR0000367548 |
| Shake Your Bon Bon | Martin, Ricky | SR0000367548 |
| She Believes in Me | Rogers, Kenny | SR0000365175 |
| She Got the Goldmine | Reed, Jerry | SR0000365175 |
| She Loves You | Beatles, The | SR0000367548 |
| She's a Lady | Jones, Tom | SR0000365175 |
| She's Single Again | Fricke, Janie | SR0000367548 |
| Shiny Happy People | R. E. M | SR0000365175 |
| Shoop Shoop Song, The | Cher | SR0000367548 |
| Shop Around | Smokey Robinson & the Miracles | SR0000367548 |
| Shriner's Convention | Stevens, Ray | SR0000365175 |

| Subject Work | Style of Artist | © Reg. No. |
|---|---|---|
| Signs | Tesla | SR0000365175 |
| Singing the Blues | Mitchell, Guy | SR0000365175 |
| Sk8er Boi | Lavigne, Avril | SR0000365175 |
| Slow Burn | Sheppard, T.G. | SR0000365175 |
| Slow Hand | Pointer Sisters, The | SR0000367548 |
| Smells Like Teen Spirit | Nirvana | SR0000367548 |
| Smokin' in the Boys Room | Brownsville Station | SR0000367548 |
| Smoky Mountain Rain | Milsap, Ronnie | SR0000365175 |
| Smoothe Operator | Sade | SR0000367548 |
| So Far Away | King, Carole | SR0000365175 |
| Soak up the Sun | Crow, Sheryl | SR0000365175 |
| Some Girls Do | Sawyer Brown | SR0000365175 |
| Somebody To Love | Jefferson Airplane | SR0000367548 |
| Somebody's Doin' Me Right | Whitley, Keith | SR0000365175 |
| Someday We'll Be Together | Supremes, The | SR0000367548 |
| Somewhere | Streisand, Barbra | SR0000365175 |
| Song Sung Blue | Diamond, Neil | SR0000367548 |
| Soul Man | Blues Brothers, The | SR0000367548 |
| Sounds of Silence | Simon & Garfunkel | SR0000365175 |
| Space Between, The | Dave Matthews Band | SR0000365175 |
| Standing Still | Jewel | SR0000365175 |
| Strong Enough | Cher | SR0000365175 |
| Summer Nights | Olivia Newton John & John Travolta | SR0000365175 |
| Summertime Blues | Cochran, Eddie | SR0000367548 |
| Superman | Five for Fighting | SR0000365175 |
| Surf City | Jan & Dean | SR0000365175 |
| Suspicions | Rabbitt, Eddie | SR0000365175 |
| Suzie Q | Creedence Clearwater Revival | SR0000365175 |
| Sweet Child O' Mine | Guns 'N Roses | SR0000367548 |
| Sweet Love | Baker, Anita | SR0000367548 |
| Tell It Like It Is | Neville, Aaron | SR0000367548 |
| Tell It Like It Is | Royal, Billy Joe | SR0000365175 |
| Ten Rounds With Jose Cuervo | Byrd, Tracy | SR0000365175 |
| Thank You | Sly & the Family Stone | SR0000367548 |
| That Ain't No Way To Go | Brooks & Dunn | SR0000365175 |
| That's Just Jesse | Denney, Kevin | SR0000365175 |
| That's the Way It Is | Dion, Celine | SR0000367548 |
| That's the Way Love Goes | Haggard, Merle | SR0000365175 |
| There Is No Arizona | O'Neal, Jamie | SR0000367548 |
| There You'll Be | Hill, Faith | SR0000365175 |
| These Arms of Mine | Redding, Otis | SR0000365175 |
| Thing Called Love | Raitt, Bonnie | SR0000365175 |
| Things That Make You Go Hmmmm | C+C Music Factory | SR0000367548 |
| Think | Franklin, Aretha | SR0000365175 |

| Subject Work | Style of Artist | © Reg. No. |
|---|---|---|
| Thirty Nine and Holding | Lewis, Jerry Lee | SR0000365175 |
| This Magic Moment | Jay & the Americans | SR0000367548 |
| Thousand Miles, A | Carlton, Vanessa | SR0000365175 |
| Tide Is High, The | Blondie | SR0000365175 |
| Tight Fittin' Jeans | Twitty, Conway | SR0000365175 |
| Til Nothing Comes Between Us | Montgomery, John Michael | SR0000365175 |
| Till I Can Make It on My Own | Wynette, Tammy | SR0000365175 |
| Timber I'm Falling in Love | Loveless, Patty | SR0000365175 |
| Time After Time | Lauper, Cyndi | SR0000367548 |
| Time of Your Life | Green Day | SR0000365175 |
| Tin Man | America | SR0000365175 |
| Tip of My Fingers, The | Wariner, Steve | SR0000365175 |
| Tomorrow | Annie | SR0000365175 |
| Tonight I Wanna Be Your Man | Griggs, Andy | SR0000365175 |
| Too Gone Too Long | Travis, Randy | SR0000365175 |
| Torn | Imbruglia, Natalie | SR0000367548 |
| Touch Me in the Morning | Ross, Diana | SR0000367548 |
| T-R-O-U-B-L-E | Tritt, Travis | SR0000365175 |
| Trouble Is a Woman | Reeves, Julie | SR0000367548 |
| Truly Madly Deeply | Savage Garden | SR0000367548 |
| Try a Little Kindness | Campbell, Glen | SR0000365175 |
| Tryin' To Love Two Women | Oak Ridge Boys, The | SR0000365175 |
| Turn Off the Lights | Furtado, Nelly | SR0000365175 |
| Tush | ZZ Top | SR0000365175 |
| Two People Fell in Love | Paisley, Brad | SR0000365175 |
| U Can't Touch This | Hammer | SR0000365175 |
| Unbreak My Heart | Braxton, Toni | SR0000365175 |
| Under the Bridge | Red Hot Chili Peppers | SR0000367548 |
| Unforgettable | Natalie Cole & Nat King Cole | SR0000367548 |
| United We Stand | Brotherhood of Man | SR0000365175 |
| Up Up and Away | Fifth Dimension, The | SR0000367548 |
| Up Where We Belong | Cocker, Joe & Jennifer Warnes | SR0000367548 |
| Ventura Highway | America | SR0000365175 |
| Video | India.Arie | SR0000365175 |
| Vincent (Starry Starry Night) | McLean, Don | SR0000367548 |
| Vision of Love | Carey, Mariah | SR0000367548 |
| Waitin' in Your Welfare Line | Owens, Buck | SR0000365175 |
| Waiting For Tonight | Lopez, Jennifer | SR0000367548 |
| Walk Like An Egyptian | Bangles, The | SR0000367548 |
| Walk on By | Warwick, Dionne | SR0000367548 |
| War | Starr, Edwin | SR0000367548 |
| We're An American Band | Grand Funk Railroad | SR0000367548 |
| What a Girl Wants | Aguilera, Christina | SR0000367548 |
| What Have You Done For Me Lately | Jackson, Janet | SR0000367548 |

| Subject Work | Style of Artist | © Reg. No. |
|---|---|---|
| What I Really Meant To Say | Thomson, Cyndi | SR0000365175 |
| What If She's An Angel | Steiner, Tommy Shane | SR0000365175 |
| What's a Memory Like You | Schneider, John | SR0000365175 |
| What's Going On | Gaye, Marvin | SR0000367548 |
| What's Love GottTo Do With It | Turner, Tina | SR0000367548 |
| When I Come Around | Green Day | SR0000365175 |
| Whenever Wherever | Shakira | SR0000365175 |
| Where Are You Going | Dave Matthews Band | SR0000365175 |
| Where Does My Heart Beat Now | Dion, Celine | SR0000365175 |
| Where I Come From | Jackson, Alan | SR0000365175 |
| Where You Are | Jessica Simpson & Nick Lachey | SR0000367548 |
| Wherever You Will Go | Calling | SR0000365175 |
| Whiskey River | Nelson, Willie | SR0000365175 |
| Who Can It Be Now | Men at Work | SR0000365175 |
| Who Will Save Your Soul | Jewel | SR0000367548 |
| Who's Gonna Fill Their Shoes | Jones, George | SR0000365175 |
| Who's Your Daddy | Keith, Toby | SR0000365175 |
| Why Do Fools Fall in Love | Frankie Lymon & the Teenagers | SR0000365175 |
| Why Lady Why | Alabama | SR0000365175 |
| Why They Call It Falling | Womack, Lee Ann | SR0000365175 |
| Why'd You Come in Here Lookin' Like That | Parton, Dolly | SR0000365175 |
| Wild World | Stevens, Cat | SR0000367548 |
| Wish I Didn't Miss You | Stone, Angie | SR0000365175 |
| Wishlist | Pearl Jam | SR0000365175 |
| Witch Doctor | Seville, David | SR0000365175 |
| With a Little Help From My Friends | Cocker, Joe | SR0000365175 |
| With Arms Wide Open | Creed | SR0000367548 |
| Woke Up in Love | Exile | SR0000365175 |
| Woman's Worth, A | Keyes, Alicia | SR0000365175 |
| Working My Way Back To You | Four Seasons, The | SR0000367548 |
| World Without Love, A | Peter & Gordon | SR0000365175 |
| World's Greatest, The | Kelly, R. | SR0000365175 |
| Wrapped Around | Paisley, Brad | SR0000365175 |
| Wrapped Up in You | Brooks, Garth | SR0000365175 |
| Wrong Impression | Imbruglia, Natalie | SR0000365175 |
| Yellow Submarine | Beatles, The | SR0000367548 |
| Yesterday | Beatles, The | SR0000367548 |
| You Are So Beautiful | Cocker, Joe | SR0000367548 |
| You Are the Sunshine of My Life | Wonder, Stevie | SR0000367548 |
| You Can't Hide Beautiful | Lines, Aaron | SR0000365175 |
| You Don't Mess Around With Jim | Croce, Jim | SR0000367548 |
| You Drive Me Crazy | Spears, Britney | SR0000367548 |
| You Make Me Feel Like Dancing | Sayer, Leo | SR0000365175 |
| You Make Me Sick | Pink | SR0000367548 |

| Subject Work | Style of Artist | © Reg. No. |
|---|---|---|
| Young | Chesney, Kenny | SR0000365175 |
| Young Girl | Gary Puckett & Union Gap | SR0000365175 |
| Your Good Girl's Gonna Go Bad | Wynette, Tammy | SR0000367548 |
| You're Sixteen | Starr, Ringo | SR0000365175 |
| You're the Inspiration | Chicago | SR0000367548 |
| Youth of a Nation | P.O.D. | SR0000365175 |
| You've Got a Friend | King, Carole | SR0000365175 |
| Zoot Suit Riot | Cherry Poppin' Daddies, The | SR0000367548 |